IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Appeal of Springfield          :
Hospital                               :
Folio No. 42-00-06625-01               :
                                       :
Appeal of:  Prospect Crozer, LLC       :   No. 191 C.D. 2017

## AMENDING ORDER

AND NOW, this 2nd day of March, 2018, on page 10, the first full paragraph, first sentence, of the majority opinion filed on February 13, 2018, is hereby amended to read as follows:

Unlike Lawrence County, Delaware County **is a Second Class A** county and, therefore, is subject to the Second Class County Assessment Law rather than the Fourth to Eighth Class County Assessment Law.

DAN PELLEGRINI, Senior Judge